IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DANIEL RAY BAKER**  **PLAINTIFF**
**ADC #600691**

v.  No: 4:24-cv-00890-KGB-PSH

**DEXTER PAYNE,** *et al.*  **DEFENDANTS**

## PROPOSED FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following Recommendation has been sent to Chief United States District Judge Kristine G. Baker. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

Plaintiff Daniel Ray Baker filed a *pro se* complaint on October 16, 2024 (Doc. No. 2). On October 28, 2024, Baker was granted leave to proceed *in forma pauperis* and directed to file an amended complaint to clarify his claims (Doc. No. 4). On November 15, 2024, Baker moved to voluntarily dismiss his case pursuant to Fed. R. Civ. P. 41 (Doc. No. 5). No defendants have been served in this case. The Court

therefore recommends that Baker's motion to dismiss be GRANTED and his complaint (Doc. No. 2) be dismissed without prejudice.

DATED this 20th day of November, 2024.

_____
UNITED STATES MAGISTRATE JUDGE