IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DANIEL RAY BAKER**
**ADC #600691**                                                                                           **PLAINTIFF**

v.                              Case No. 4:24-cv-00890-KGB

**DEXTER PAYNE,** *et al.*                                                                    **DEFENDANTS**

## ORDER

Before the Court are the proposed findings and recommendation ("Recommendation") submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 6). Also before the Court are *pro se* plaintiff Daniel Ray Baker's motion for voluntary dismissal and motion for copies (Dkt. Nos. 5; 7).

The Court has reviewed the Recommendation (Dkt. No. 6). Mr. Baker has not filed any objections, and the time to file objections has passed. Accordingly, after careful consideration, the Court approves and adopts the Recommendation in its entirety as this Court's findings in all respects (*Id.*). The Court grants Mr. Baker's motion to voluntarily dismiss his complaint (Dkt. No. 5). Mr. Baker's complaint is dismissed without prejudice.

The Court grants Mr. Baker's motion for copies (Dkt. No. 7). The Court directs the Clerk of Court to send to Mr. Baker a copy of the docket sheet in this case. Should Mr. Baker seek specific documents, he may submit a written motion to the Court and state with particularity the docket entries for which he requests copies.

It is so ordered this 10th day of September, 2025.

Kristine G. Baker
Chief United States District Judge